373-13

Prayer
Please inform me of the current
status of my P.D.R.


Respectfully Submitted
By: Joel J. Castillo


info: Joel Castillo
TDCJ#1744924
894 FM 632
Kenedy, Tx. 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 26 2015
Abel Acosta, Clerk


Petition for Discretionary
Review # 04-11-00422-CR



Original Cause No. 2008-CR-10190

May 17, 2015
Supreme Court Building
P.O. Box 12308, Austin,
Tx. 78711

Re: Request for Petition for Discretionary
Review ruling.

Dear Court;

I am currently un-able to check the status
of my P.D.R via internet, and have not heard
from my attorney Suzanne Kramer whom
filed the Petition on my behalf (filed 4-1-13)
Since April 6, 2013. I had been told by my
council that she would inform me whether the
petition was granted or denied, however after
numerous attempts to contact my Appeal Attorney
with no response I have become worried that
the court may have reached a ruling, and that
my time to follow the next step of my appeal
May expire.